```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21139
   DARREL HILL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7376

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/12/2007 and was confirmed 02/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.00%.

     The case was dismissed after confirmation 08/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
EVERHOME MORTGAGE          CURRENT MORTG          .00           .00           .00
EVERHOME MORTGAGE          MORTGAGE ARRE     23602.43           .00       1370.18
IL STATE DISBURSEMENT UN   DSO ARREARS      NOT FILED           .00           .00
MUNICIPAL COLLECTION SER   PRIORITY         NOT FILED           .00           .00
MUNICIPAL COLLECTION SER   PRIORITY         NOT FILED           .00           .00
AFNI INC                   UNSECURED        NOT FILED           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED           265.13           .00           .00
MONEY MARKET PAYDAY EXPR   UNSECURED        NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED           176.60           .00           .00
FBCS INC                   UNSECURED        NOT FILED           .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED           586.47           .00           .00
PREMIER BANKCARD           UNSECURED           430.75           .00           .00
INGALLS MEMORIAL HOSPITA   UNSECURED        NOT FILED           .00           .00
US DEPT OF EDUCATION       UNSECURED         15382.99           .00           .00
NATIONAL QUICK CASH        UNSECURED        NOT FILED           .00           .00
NICOR GAS                  UNSECURED        NOT FILED           .00           .00
R MARTIN EARLES MD         UNSECURED        NOT FILED           .00           .00
SPRINT                     UNSECURED        NOT FILED           .00           .00
TCF NATIONAL BANK          UNSECURED        NOT FILED           .00           .00
MUNICIPAL COLLECTION SER   UNSECURED           100.00           .00           .00
RENEE THAMES               NOTICE ONLY      NOT FILED           .00           .00
NKRUMAH L HOPKINS          DEBTOR ATTY            .00                         .00
TOM VAUGHN                 TRUSTEE                                        119.14
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS        DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    1,489.32

PRIORITY                                           .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 21139 DARREL HILL
```

```
SECURED                                                       1,370.18
UNSECURED                                                          .00
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                            119.14
DEBTOR REFUND                                                      .00
                                     ----------------   ----------------
TOTALS                                       1,489.32           1,489.32
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/19/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE